686 A.2d 1188

IN THE MATTER OF HARRY J. GREENBAUM,
AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on September 13, 1996, having filed with the Court its decision concluding that as a matter of reciprocal discipline based on discipline imposed in the State of New York for his conduct in two matters, **HARRY J. GREENBAUM** of **FAIR LAWN,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of two years retroactive to November 11, 1995, the date on which respondent was temporarily suspended from practice by this Court, and good cause appearing;

It is ORDERED that **HARRY J. GREENBAUM** is hereby suspended from the practice of law for a period of two years, the suspension to be retroactive to November 1, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.